## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-5082 RGK (FFM) | Date | October 23, 2008 |
|---|---|---|---|
| Title | GEORGE POWELL v. BEVERLY HILLS POLICE DEPARTMENT | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS)  ORDER TO SHOW CAUSE**

Plaintiff filed this action on August 14, 2006.  As of today's date, more than two years after plaintiff commenced this action, plaintiff has not served defendants Myer, Chavez, M. Gilmore, Long Beach Hospital, or UCLA-Hospital facility.  On October 13, 2006, this Court ordered plaintiff to provide certain information to the United States Marshal to enable the United States Marshal to serve such defendants.  The order required plaintiff to file a notice of submission with the Court demonstrating that such information and documents had been provided to the United States Marshal.  Plaintiff was warned that "[i]f plaintiff does not file the notice of submission by November 10, 2006, his action would be subject to dismissal without prejudice."  Therefore, plaintiff is ordered to show cause within two weeks of the date of this order why the unserved defendants should not be dismissed from this action without prejudice.

IT IS SO ORDERED.

|  :  |
|---|
| Initials of Preparer          JM |