UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE POWELL,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BEVERLY HILLS POLICE DEPARTMENT,<br>　　　　　Defendant. | No. CV 06-5082 RGK (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the motion for summary judgment of defendant City of Beverly Hills (on behalf of the Beverly Hills Police Department) is granted and such defendant is dismissed from this action with prejudice.

DATED: October 30, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　United States District Judge