1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               CENTRAL DISTRICT OF CALIFORNIA

8                    WESTERN DIVISION

9

10  GEORGE POWELL,                    )   No. CV 06-5082 RGK (FFM)
                                      )
11              Plaintiff,            )
        v.                            )   ORDER ADOPTING FINDINGS,
12                                    )   CONCLUSIONS AND
                                      )   RECOMMENDATIONS OF
13  BEVERLY HILLS POLICE              )   UNITED STATES MAGISTRATE JUDGE
    DEPARTMENT,                       )
14              Defendant.            )
    _____ )

15

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17  action, the attached December 16, 2008 Report and Recommendation of United States

18  Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the

19  Court concurs with and adopts the findings of fact, conclusions of law, and

20  recommendations contained in the Report after having made a de novo determination of

21  the portions to which objections were directed.

22      IT IS ORDERED that this action is dismissed without prejudice as to defendants

23  Myer, Chavez, M. Gilmore, Long Beach Hospital, and UCLA-Hospital Facility.  There

24  being no remaining defendants in this action, it is further ordered that judgment be

25  entered dismissing this action in its entirety.

26  DATED: January 28, 2009

27                                    _____
                                              R. GARY KLAUSNER
28                                         United States District Judge