UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE POWELL, | ) | No. CV 06-5082 RGK (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| BEVERLY HILLS POLICE DEPARTMENT, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice as to defendants Myer, Chavez, M. Gilmore, Long Beach Hospital, and UCLA-Hospital Facility and with prejudice as to defendant Beverly Hills.

DATED: January 28, 2009

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge